# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Wallace James Beaulieu, | Civil No. 14-552 (DWF/JSM) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| James E. Preece, Beltrami County District Court Judge; Terry Holter, Beltrami County District Court Judge; Shari Rae Schluchter; Beltrami County District Attorney; Paul Rasmussen, Assistant Beltrami County Attorney; Vance B. Grannis III, Assistant Beltrami County Attorney; Larry Kimball, Indian Legal Assistance Program; Dwight Stewart, Beltrami County Sheriff; and Beth Zeller, Beltrami County Deputy Sheriff, | |
| Defendants. | |

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated March 14, 2014. (Doc. No. 4.) No objections have been filed to that Report and Recommendation in the time period permitted. The factual background for the above-entitled matter is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference. Based upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records, and proceedings herein, the Court now makes and enters the following:

**ORDER**

1. Magistrate Judge Janie S. Mayeron's Report and Recommendation (Doc. No. [4]) is **ADOPTED**.

2. This action is **DISMISSED WITHOUT PREJUDICE**, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

3. Plaintiff's application for leave to proceed *in forma pauperis* (Doc. No. [2]) is **DENIED AS MOOT**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  April 3, 2014            s/Donovan W. Frank
                                 DONOVAN W. FRANK
                                 United States District Judge